# UNITED STATES DISTRICT COURT

## Western Division

__Western__ DISTRI __Tennessee__

**UNITED STATES OF AMERICA**

V.

**TIMOTHY DAVIS**

**ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL**

CA __06-mj-253-01__

CHARGING DISTRICTS
CASE      __06 cr 0333__

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court __Northern__ District of __Illinois__ ; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk __219 South Dearborn St. , Chicago, IL 60604__
*Place and Address*
, for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear Pursuant Notice by the Prosecuting District.

__S/ James H. Allen__
*Signature of Judge*

May 31, 2006
*Date*

*JAMES H. ALLEN*
*UNITED STATES MAGISTRATE JUDGE*
*Name and Title of Judge*